RECEIVED IN ALEXANDRIA, LA.
DEC 3 0 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **FLOYD HAMILTON, III** | **CIVIL ACTION NO. 1:09-cv-00860** |
| -vs- | **JUDGE DRELL** |
| **SHIVANI NEGI, et al.** | **MAGISTRATE JUDGE KIRK** |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and concurring with the Magistrate Judge's suggestions, as consented to and agreed upon by all parties;

IT IS ORDERED that Plaintiff's claims are limited to those enumerated in the Report and Recommendation (Document No. 33).

IT IS FURTHER ORDERED that the Plan of Work set forth in the Report and Recommendation is hereby accepted and shall become the Scheduling Order in this case.

It appearing to the Court that the provisions of the Plan of Work will be satisfied on October 15, 2010,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on March 17, 2011, beginning at 2:15 P.M.

IT IS FURTHER ORDERED that the Clerk of Court send out Civil Case Management Order No. 2 – Pretrial Proceedings and the Standing Order – Possession and Use of Electronic Devices in the Courtroom.

SIGNED on this 30th day of December, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE